Robert James Skousen, SBN 135104
Owen Smigelski, SBN 220495
Skousen & Skousen
A Professional Corporation
12400 Wilshire Boulevard, Suite 900
Los Angeles, CA 90025-1060
Tel: (310) 277-0444
Fax: (310) 782-9579
rjs@skousenlaw.com
owen@skousenlaw.com

Priority ___
Send ___
Enter ___
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ✓
Scan Only ✓

Attorneys for Plaintiff THE CAPITAL GOLD GROUP, INC.

FILED CLERK, U.S. DISTRICT COURT
MAR 13 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CAPITAL GOLD GROUP, INC., a Nevada corporation,<br><br>　　Plaintiff,<br><br>vs.<br><br>GOLD CAPITAL EXCHANGE, INC., a Nevada corporation; DOMAINS BY PROXY, INC., an Arizona corporation; WILD WEST DOMAINS, INC., an Arizona corporation; CARL E. LACEY, SR. an individual; JANET M. CARRIGER an individual, CHRIS A. PAULICK, also known as CHRIS MARTINO, an individual; BARRY DAVIS, and individual; and DOES 1 through 10, inclusive,<br><br>　　Defendants. | CASE NO. CV 06-2687 ABC (SHX)<br><br>(1) **STIPULATION OF DISMISSAL**<br><br>(2) **ORDER** |



DOCKETED ON CM
MAR 16 2007
BY ___ 010

49

SKOUSEN & SKOUSEN

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), the terms of the Release and Settlement Agreement executed by the parties incorporated herein.

Dated: March 12, 2007

SKOUSEN & SKOUSEN
A Professional Corporation

By: _____
Owen Smigelski
Attorneys for Plaintiff
The Capital Gold Group, Inc.

Dated: March 9, 2007

Michelman & Robinson, LLP

By: _____
Marc Jacobs
Attorneys for Defendants
Gold Capital Exchange, Inc.,
Chris Paulick, and Carl Lacey.

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

Dated: 3/13/07

_____
AUDREY B. COLLINS
United States District Judge

1

PROOF OF SERVICE

I am employed in the County of Los Angles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 12400 Wilshire Blvd, Suite 900, Los Angeles, CA 90025.

On March 12, 2007 I caused the foregoing document described as: **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** to be served on the parties who have appeared in the above entitled lawsuit:

    [X]  by placing:

    [ ]  the original and

    [X]  true copies thereof enclosed in sealed envelopes addressed as follows:

Ronald R. Camhi
Marc R. Jacobs
Michelman & Robinson, LLP
15760 Ventura Boulevard, Suite 500
Encino, California 91436

    [X]  (By U.S. Mail)

    [ ]  (By hand delivery)

    [ ]  (Via facsimile)

    [ ]  (Via Express Mail- Federal Express)

    [X]  I deposited such envelope at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

    [X]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid

SKOUSEN & SKOUSEN

1 at Los Angeles, California in the ordinary course of business. I
2 am aware that on motion of the party served, service is presumed
3 invalid if postage cancellation date or postage meter date is more
4 than one day after the date of deposit for mailing of affidavit.

5     [ ] (State) I declare under penalty of perjury under the
6 laws of the State of California that the foregoing is true and
7 correct.

8     [X] (Federal) I declare that I am employed in the office
9 of a member of the bar of this Court who direction the service was
10 made.

12     Executed on March 12, 2007.

14     _____
15     (Sign name)
16     OWEN SMIGELSKI
17     (Print name)

SKOUSEN & SKOUSEN